590

## 39807.   JONES v. ANDERSON, Judge.

FELTON, Chief Judge.   The remedy to review a superior court judge's refusal to sanction a petition for certiorari is by writ of error to the proper appellate court and not by petition to an appellate court for mandamus to compel the judge to sanction the petition.   *French v. Long,* 97 Ga. App. 656 (104 SE2d 155) and cases cited; *Code Ann.* § 19-203, catchword "Sanction."

*Petition for mandamus nisi dismissed.  Bell and Hall, JJ., concur.*

DECIDED SEPTEMBER 21, 1962.

*Ruffin & Watkins,* for petitioner.